AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Northern Cheyenne Tribe of Indians

**SUMMONS IN A CIVIL CASE**

V.

Dirk Kempthorne, Secretary of the Interior, and
Henry M. Paulson, Jr., Secretary of the Treasury

CASE NUMBER 1:06CV02250

JUDGE: James Robertson

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/29/2006

TO: (Name and address of Defendant)

Dirk Kempthorne
Secretary of the Interior
U.S. Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven D. Gordon
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        DEC 29 2006

CLERK                              DATE

*Maureen Heggins*

(DEPUTY CLERK)

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/29/06 |
| NAME OF SERVER (PRINT) Steven D. Gordon | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): __US Postal Service (via certified mail) (see attachment)__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES see attachment | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/19/07
             Date

Signature of Server

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C.  20006
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TO: Dirk Kempthorne
Secretary of the Interior
U.S. Department of Justice
1849 C Street, N.W.
Washington, D.C. 20240

SENDER: Steve Gordon

REFERENCE:

| PS Form 3800, June 2000 | | |
|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 1.11 |
| | Certified Fee | 2.40 |
| | Return Receipt Fee | 1.85 |
| | Restricted Delivery | |
| | Total Postage & Fees | 5.36 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

NATIONAL CAPITAL STATION DEC 29 2006 WASHINGTON, DC 20013

2. Article Number

7160 3901 9848 6004 5092

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes
1. Article Addressed to:

Dirk Kempthorne
Secretary of the Interior
U.S. Department of Justice
1849 C Street, N.W.
Washington, D.C. 20240

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): David J. Sim
B. Date of Delivery: 1/3/07
C. Signature: X David J. Sim
☒ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

Form 3811, July 2001   Domestic Return Receipt