IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHERN CHEYENNE TRIBE OF INDIANS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06cv02250-JR |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES' JOINT MOTION FOR TEMPORARY STAY OF LITIGATION AND [PROPOSED] ORDER

Pursuant to the Federal Rules of Civil Procedure (Fed. R. Civ. P.) and the local civil court rules, the parties respectfully make this joint motion for temporary stay of litigation, to and including July 3, 2007. The grounds for this motion are as follows:

1.      Plaintiff filed this case on December 29, 2006. See Complaint, Doc. 1. Plaintiff's allegations in the case relate to the trust accounting and trust management duties and responsibilities allegedly owed by Defendants to Plaintiff.

2.      Based on the date of service under Fed. R. Civ. P. 4, Defendants are obligated to file their Answer or otherwise respond to the Complaint by March 5, 2007.

3.      Since the filing of Plaintiff's lawsuit, Plaintiff's counsel, Majel M. Russell, and Defendants' counsel, Anthony P. Hoang, have discussed and agreed that they would explore the possibility of resolving Plaintiff's issues and claims in this case through settlement discussions. Further, they have discussed and agreed that the parties would engage in informal requests for and productions of relevant or potentially relevant documents and data that would enable or facilitate

settlement discussions.  Additionally, they have discussed and agreed that they would seek temporary stays of litigation, thus deferring Defendants' obligation to file their Answer or otherwise respond to the Complaint, among other things, so as to enable or facilitate their settlement discussions.

4.    Also, counsel for the parties have discussed that there are presently about 103 Tribal trust accounting and trust mismanagement lawsuits pending against Defendants in this Court,[1] in the United States District Courts in Oklahoma,[2] and in the United States Court of Federal Claims.[3] See Exhibit (Exh.) 1.  Given the number of cases, especially those in this Court, counsel for the parties agree that it would be in the best interests of the Tribes in litigation and of Defendants to work together and, if possible, formulate and execute an appropriate joint and cooperative response to or method for handling or resolving the cases without the need for litigation, if possible.  To that end, Defendants' counsel has been and continues to be working diligently with attorneys from the Solicitor's Office for the United States Department of the Interior and from the Chief Counsel's Office for the Financial Management Service of the United States Department of the Treasury (i.e., the federal agencies principally involved in the Tribal trust accounting and trust mismanagement issues and claims raised by the Tribes, including Plaintiff herein) and with counsel for most of the

---

[1]    There are currently 37 Tribal trust cases, including this case, in this Court.  Exhibit (Exh.) 1.  Unlike Plaintiff, most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims.  Id.

[2]    There are currently nine Tribal trust cases in the United States District Courts in Oklahoma.  Exh. 1.  Most of the Tribes bringing these lawsuits have also filed companion cases in the Court of Federal Claims.  Id.

[3]    There are currently 57 Tribal trust cases in the Court of Federal Claims (CFC).  Exh. 1.  Plaintiff did not file a case in the CFC.

Tribes in the cases, to determine the feasibility of developing a joint cooperative approach for resolving the Tribes' issues and claims as an alternative to litigation.

5.    Plaintiff and Defendants have agreed to stay this case temporarily and explore the possibility of undertaking such a cooperative approach for resolving Plaintiff's issues and claims in this case.  The parties believe that they will require additional time to complete their discussions; determine a process for identifying and obtaining relevant or potentially relevant documents so as to advance the case and for settling some or all of Plaintiff's issues and claims; and implement that process.  Further, Plaintiff and Defendants believe that, on or before July 3, 2007, they may be able to determine the contours of their informal document production and settlement discussion process and to so inform the Court by joint status report and motion, if appropriate.  To that end, the parties have scheduled a meeting between their counsel; Tribal officials; staff from the Solicitor's Office, the Office of Historical Trust Accounting (OHTA), and possibly from the Office of the Special Trustee for American Indians (OST) of the United States Department of the Interior (Interior); and OHTA's accounting consultants, in Denver, CO, on March 21, 2007, so as to provide Plaintiff and its counsel with a briefing on the Interior Department's Tribal trust fund account reconciliation project (undertaken by Arthur Andersen, LLP) and to discuss Plaintiff's trust accounting and trust mismanagement issues and claims.

6.    Based on the foregoing, the parties hereby respectfully request that the Court grant the following relief:

    a.    Temporarily stay the litigation of this case, to and including July 3, 2007;

    b.    Make the temporary stay effective immediately, thus deferring, among other things, the obligation for Defendants to file their Answer or otherwise respond to the Complaint until

- 3 -

after the termination of the temporary stay;

        c.    Order that the parties file a joint status report on or before July 3, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case, and making a proposal—by motion, if appropriate—to the Court about whether and how to proceed with this case.

        7.    On the one hand, the granting of this joint motion would serve the public interest by promoting judicial economy and conserving the parties' limited resources.  Further, it would not cause any undue prejudice or harm to the rights and interests of the parties herein.  On the other hand, the denial of the joint motion would unduly interfere with the parties' ability to confer among themselves, at a minimum, and with the Tribes in the other Tribal trust accounting and trust mismanagement lawsuits and possibly devise an efficient, cost-effective, and resource-conserving way for addressing and handling the 103 cases (or some portion of those cases) that have been filed by Plaintiff and other Tribes in this Court, other United States District Courts, and the United States Court of Federal Claims.

        WHEREFORE, the parties respectfully request that their joint motion be GRANTED.

        Respectfully submitted this 2nd day of March, 2007,

                            MATTHEW McKEOWN
                            Acting Assistant Attorney General

*/s/ Stephen J. McHugh*
*by /s/ Anthony P. Hoang, pursuant to*
*written authorization on March 2, 2007*
STEPHEN J. McHUGH, D.C. Bar #485148
LYNN E. CALKINS, D.C. Bar #445854
STEVEN D. GORDON, D.C. Bar #219287
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, D.C. 20006-6801
Tel: (202) 955-3000

                            */s/ Anthony P. Hoang*
                            ANTHONY P. HOANG, FL Bar #798193
                            MARTIN J. LALONDE, IL Bar #6218249
                            United States Department of Justice
                            Environment and Natural Resources Division
                            P.O. Box 663
                            Washington, D.C.  20044-0663
                            Tel: (202) 305-0241

Fax:  (202) 955-5564

Attorneys for Plaintiff

OF COUNSEL:

MAJEL M. RUSSELL
Elk River Law Office, PLLP
3317 3rd Avenue North
Billings, MT  59101
Tel: (406) 259-8611
Fax: (406) 259-3251

Tel: (202) 305-0247
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL:

ELISABETH C. BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C.  20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C.  20227

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing PARTIES' JOINT MOTION

FOR TEMPORARY STAY OF LITIGATION and [PROPOSED] ORDER was served on March

2, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and

telefax or electronic mail, unless otherwise noted below, on the following counsel:

Stephen J. McHugh
Steven D. Gordon
Lynn E. Calkins
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W. Suite 100
Washington, D.C. 20006-6801
Fax: (202) 955-5564

Majel M. Russell
ELK RIVER LAW OFFICE, PLLP
3317 3rd Avenue North
Billings, MT  59101
Fax: (406) 259-3251

*/s/ Anthony P. Hoang*
ANTHONY P. HOANG

- 6 -

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

NORTHERN CHEYENNE TRIBE            )
OF INDIANS                        )
                                  )
    Plaintiff,                    )
                                  )
    v.                            )        Case No. 06-cv-02250-JR
                                  )
DIRK KEMPTHORNE,                  )
Secretary of the Interior, <u>et al.</u>,  )
                                  )
    Defendants.                   )
_____)

### [PROPOSED] ORDER

This matter is before the Court on the parties' joint motion for temporary stay of litigation.

Upon consideration of the joint motion and for good cause shown, it is hereby ORDERED that

1.    The parties' joint motion should be and hereby is GRANTED;

2.    Effective immediately, the litigation of this case, including the obligation for Defendants to file their Answer or otherwise respond to the Complaint, is temporarily stayed until after July 3, 2007; and

3.    The parties shall file a joint status report on or before July 3, 2007, informing the Court of the status of their efforts to resolve the issues and claims of this case and making a proposal to the Court—by motion, if appropriate—about whether and how to proceed with this case.

SO ORDERED.

_____      _____

DATE                                 HON. JAMES ROBERTSON
                                      United States District Court

# EXHIBIT 1

## CURRENT TRIBAL TRUST ACCOUNTING AND TRUST MISMANAGEMENT CASES

### I.

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 1 | *Ak-Chin Indian Community v. Kempthorne* No. 06-cv-02245-JR |
| 2 | *Assiniboine and Sioux Tribes of the Fort Peck Indian Reservation v. Kempthorne* No. 02-cv-00035-JR |
| 3 | *Cheyenne River Sioux Tribe v. Kempthorne* No. 06-cv-01897-JR |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation v. Kempthorne* No. 02-cv-00276-JR |
| 5 | *Coeur d'Alene Tribe v. Kempthorne* No. 06-cv-02242-JR |
| 6 | *Colorado River Indian Tribes v. Kempthorne* No. 06-cv-02212-JR |
| 7 | *Confederated Tribes of the Colville Reservation v. Kempthorne* No. 05-cv-02471-JR |
| 8 | *Confederated Tribes of the Goshute Reservation v. Kempthorne* No. 06-cv-01902-JR |
| 9 | *Crow Creek Sioux Tribe v. Kempthorne* No. 04-cv-00900-JR |
| 10 | *Eastern Shawnee Tribe of Oklahoma v. Kempthorne* No. 06-cv-02162-JR |
| 11 | *Gila River Indian Community v. Kempthorne* No. 06-cv-02249-JR |
| 12 | *Haudenosaunee, Onondaga Nation v. Kempthorne* No. 06-cv-02254-JR |
| 13 | *Iowa Tribe of Kansas and Nebraska v. Kempthorne* No. 06-cv-01899-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|---------------------------------------------------------------------------------------------------------|
| 14 | *Lower Brule Sioux Tribe v. Kempthorne* No. 05-cv-02495-JR |
| 15 | *Muskogee (Creek) Nation of Oklahoma v. Kempthorne* No. 06-cv-02161-JR |
| 16 | *Nez Perce Tribe, Mescalero Apache Tribe, Tule River Indian Tribe, Hualapai Tribe, Yakama Nation, Klamath Tribes, Yurok Tribes, Cheyenne-Arapaho Tribe, Pawnee Nation of Oklahoma, Sac and Fox Nation, and Santee Sioux Tribe of Nebraska v. Kempthorne* No. 06-cv-02239-JR |
| 17 | *Northern Cheyenne Tribe of Indians v. Kempthorne* No. 06-cv-02250-JR |
| 18 | *Northwestern Band of Shoshone Indians v. Kempthorne* No. 06-cv-02163-JR |
| 19 | *Oglala Sioux Tribe v. Kempthorne* No. 04-cv-01126-JR |
| 20 | *Omaha Tribe of Nebraska v. Kempthorne* No. 04-cv-00901-JR |
| 21 | *Osage Tribe of Indians of Oklahoma v. United States* No. 04-cv-00283-JR |
| 22 | *Passamaquoddy Tribe of Maine v. Kempthorne* No. 06-cv-02240-JR |
| 23 | *Pechanga Band of Luiseno Mission Indians v. Kempthorne* No. 06-cv-02206-JR |
| 24 | *Prairie Band of Potawatomi Nation v. Kempthorne* No. 05-cv-02496-JR |
| 25 | *Red Cliff Band of Lake Superior Indians v. Kempthorne* No. 06-cv-02164-JR |
| 26 | *Rosebud Sioux Tribe v. Kempthorne* No. 05-cv-02492-JR |

| No. | Names and Civil Docket Numbers of Cases Filed in United States District Court for District of Columbia |
|-----|--------------------------------------------------------------------------------------------------------|
| 27  | *Salt River Pima-Maricopa Indian Community v. Kempthorne* <br> No. 06-cv-02241-JR |
| 28  | *Shoshone-Bannock Tribes of the Fort Hall Reservation v. Kempthorne* <br> No. 02-cv-00254-JR |
| 29  | *Sokaogon Chippewa Community v. Kempthorne* <br> No. 06-cv-02247-JR |
| 30  | *Standing Rock Sioux Tribe v. Kempthorne* <br> No. 02-cv-00040-JR |
| 31  | *Stillaguamish Tribe of Indians v. Kempthorne* <br> No. 06-cv-01898-JR |
| 32  | *Te-Moak Tribe of Western Shoshone Indians v. Kempthorne* <br> No. 05-cv-02500-JR |
| 33  | *Three Affiliated Tribes of the Fort Berthold Reservation v. Kempthorne* <br> No. 02-cv-00253-JR |
| 34  | *Tohono O'Odham Nation v. Kempthorne* <br> No. 06-cv-02236-JR |
| 35  | *Winnebago Tribe of Nebraska v. Kempthorne* <br> No. 05-cv-02493-JR |
| 36  | *Wyandot Nation of Kansas v. Kempthorne* <br> No. 05-cv-02491-JR |
| 37  | *Yankton Sioux Tribe v. Kempthorne* <br> No. 03-cv-01603-JR |

## II.

| No. | Names and Civil Docket Numbers of Cases Filed In United States District Courts in Oklahoma |
|---|---|
| 1 | *Alabama-Quassarte Tribal Town v. Kempthorne* No. 06-cv-00558-RAW (E.D. Okla.) |
| 2 | *Chickasaw Nation and Choctaw Nation v. Department of the Interior* No. 05-cv-01524-W (W.D. Okla.) |
| 3 | *Kaw Nation v. Kempthorne* No. 06-cv-01437-W (W.D. Okla.) |
| 4 | *Miami Tribe of Oklahoma v. Kempthorne* No. 06-cv-00698-JHP-SAJ (N.D. Okla.) |
| 5 | *Otoe-Missouria Tribe of Oklahoma v. Kempthorne* No. 06-cv-01436-C (W.D. Okla.) |
| 6 | *Ponca Tribe of Indians of Oklahoma v. Kempthorne* No. 06-cv-01439-C (W.D. Okla.) |
| 7 | *Seminole Nation of Oklahoma v. Kempthorne* No. 06-cv-00556-SPS (E.D. Okla.) |
| 8 | *Tonkawa Tribe of Indians v. Kempthorne* No. 06-cv-01435-F (W.D. Okla.) |
| 9 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States* No. 06-cv-00559-RAW (E.D. Okla.) |

**III.**

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|-----------------------------------------------------------------------------------|
| 1 | *Ak-Chin Indian Community v. United States* No. 06-cv-00932-ECH |
| 2 | *Blackfeet Tribe of the Blackfeet Indian Reservation v. United States* No. 02-cv-00127-LSM |
| 3 | *Cheyenne River Sioux Tribe v. United States* No. 06-cv-00915-NBF (ADR Judge Marian B. Horn) |
| 4 | *Chippewa Cree Tribe of the Rocky Boy's Reservation; Little Shell Tribe of Chippewa Indians; Turtle Mountain Band of Chippewa Indians; White Earth Band of Chippewa Indians v. United States (Pembina Judgment Fund)* No. 92-cv-00675-ECH |
| 5 | *Coeur d'Alene Tribe v. United States* No. 06-cv-00940-EJD |
| 6 | *Colorado River Indian Tribes v. United States* No. 06-cv-00901-LAS |
| 7 | *Confederated Tribes of the Goshute Reservation v. United States* No. 06-cv-00912-EGB |
| 8 | *Confederated Tribes of the Warm Springs Reservation of Oregon v. United States* No. 02-cv-00126-SGB |
| 9 | *Crow Creek Sioux Tribe v. United States* No. 05-cv-1383L-MCW |
| 10 | *Delaware Tribe of Indians and the Delaware Trust Board v. United States* No. 02-cv-00026-FMA |
| 11 | *Eastern Shawnee Tribe of Oklahoma v. United States* No. 06-cv-00917-CFL |
| 12 | *[Eastern] Shoshone Indian Tribe of the Wind River Reservation, Wyoming v. United States / [Northern] Arapahoe Indian Tribe of the Wind River Reservation, Wyoming v. United States* No. 79-cv-00458-ECH |

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|-----|-----------------------------------------------------------------------------------|
| 13  | *Eastern Shoshone Tribe  v. United States, Northern Arapaho Tribe v. United States*<br>No. 06-cv-00903-ECH |
| 14  | *Gros Ventre Tribe and Assiniboine Tribe  v. United States*<br>No. 06-cv-00931-NBF |
| 15  | *Haudenosaunee v. United States*<br>No. 06-cv-00909-TCW |
| 16  | *Hoopa Valley Tribe v. United States*<br>No. 06-cv-00908-LMB (ADR Judge Marian B. Horn) |
| 17  | *Hopi Tribe v. United States*<br>No. 06-cv-00941-CFL |
| 18  | *Iowa Tribe of Kansas and Nebraska v. United States*<br>No. 06-cv-00920-EJD |
| 19  | *Jicarilla Apache Nation v. United States*<br>No. 02-cv-00025-FMA (ADR Judge Eric G. Bruggink) |
| 20  | *Kaw Nation of Oklahoma v. United States*<br>No. 06-cv-00934-FMA |
| 21  | *Lower Brule Sioux Tribe v. United States*<br>No. 06-cv-00922-LB |
| 22  | *Makah Indian Tribe of the Makah Indian Reservation v. United States*<br>No. 06-cv-00889-LJB (ADR Judge Marian B. Horn) |
| 23  | *Miami Tribe of Oklahoma v. United States*<br>No. 06-cv-00939-ECH |
| 24  | *Muscogee (Creek) Nation of Oklahoma v. United States*<br>No. 06-cv-00918-JFM |
| 25  | *Navajo Nation v. United States*<br>No. 06-cv-00945-FMA |
| 26  | *Nez Perce Tribe v. United States*<br>No. 06-cv-00910-CFL |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|--------------------------------------------------------------------------------|
| 27 | *Northwestern Band of Shoshone Indians v. United States* <br> No. 06-cv-00914-LB |
| 28 | *Oglala Sioux Tribe v. United States* <br> No. 05-cv-1378L-RHH |
| 29 | *Omaha Tribe of Nebraska v. United States* <br> No. 06-cv-00911-NBF |
| 30 | *Osage Nation of Oklahoma v. United States* <br> No. 99-cv-00550-ECH (consolidates 00-169) |
| 31 | *Otoe-Missouria Tribe of Indians of Oklahoma v. United States* <br> No. 06-cv-00937-LAS |
| 32 | *Paiute-Shoshone Indians of the Bishop Community of the Bishop Colony, California, v. United States* <br> No. 06-cv-00897-MCW |
| 33 | *Passamaquoddy Tribe v. United States* <br> No. 06-cv-00942-LJB (ADR Judge Marian B. Horn) |
| 34 | *Pawnee Nation of Oklahoma v. United States* <br> No. 07-cv-00002-SGB |
| 35 | *Prairie Band of Potawatomi Indians v. United States* <br> No. 06-cv-00921-LJB (ADR Judge Marian B. Horn) |
| 36 | *Pueblo of Laguna v. United States* <br> No. 02-cv-00024-FMA (ADR Judge Eric G. Bruggink) |
| 37 | *Pueblo of Santa Ana v. United States* <br> No. 06-cv-00892-LAS |
| 38 | *Quechan Tribe of the Fort Yuma Indian Reservation v. United States* <br> No. 06-cv-00888-SGB |
| 39 | *Red Cliff Band of Lake Superior Chippewa Indians v. United States* <br> No. 06-cv-00923-JPW |
| 40 | *Rosebud Sioux Tribe v. United States* <br> No. 06-cv-00924-JFM |

| No. | Names and Docket Numbers of Cases Filed<br>In United States Court of Federal Claims |
|---|---|
| 41 | *Round Valley Indian Tribes v. United States*<br>No. 06-cv-00900-SGB |
| 42 | *Salt River-Pima-Maricopa Tribes v. United States*<br>No. 06-cv-00943-LMB (ADR Judge Marian B. Horn) |
| 43 | *San Manuel Band of Serrano Missions Indians v. United States*<br>No. 06-cv-00893-CCM |
| 44 | *Seminole Nation of Oklahoma v. United States*<br>No. 06-cv-00935-GWM |
| 45 | *Soboba Band of Luiseno Indians v. United States*<br>No. 06-cv-00894-NBF |
| 46 | *Sokaogon Chippewa Community (aka Mole Lake Band of Lake Superior Chippewa Indians) v. United States*<br>No. 06-cv-00930-LJB (ADR Judge Marian B. Horn) |
| 47 | *Stillaguamish Tribe of Indians v. United States*<br>No. 06-cv-00916-NBF (ADR Judge Marian B. Horn) |
| 48 | *Swinomish Indian Tribal Community v. United States*<br>No. 06-cv-00899-FMA |
| 49 | *Three Affiliated Tribes of the Fort Berthold Indian Reservation v. United States*<br>No. 06-cv-00904-LJB (ADR Judge Marian B. Horn) |
| 50 | *Tohono O'odham Nation v. United States*<br>No. 06-cv-00944-EGB |
| 51 | *Tonkawa Tribe of Indians of Oklahoma v. United States*<br>No. 06-cv-00938-BAF (ADR Judge Marian B. Horn) |
| 52 | *United Keetoowah Band of Cherokee Indians in Oklahoma v. United States*<br>No. 06-cv-00936-TCW |
| 53 | *Ute Indian Tribe of the Uintah and Ouray Reservation v. United States*<br>No. 06-cv-00866-MCW |
| 54 | *Winnebago Tribe of Nebraska v. United States*<br>No. 06-cv-00913-MMS |

| No. | Names and Docket Numbers of Cases Filed In United States Court of Federal Claims |
|-----|-------------------------------------------------------------------------------|
| 55 | *Wyandot Nation of Kansas v. United States* <br> No. 06-cv-00919-LMB (ADR Judge Marian B. Horn) |
| 56 | *Yankton Sioux Tribe v. United States* <br> No. 05-cv-1291-LB |
| 57 | *Yomba Shoshone Tribe v. United States* <br> No. 06-cv-00896-EJD |