IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTHERN CHEYENNE TRIBE OF INDIANS ) ) ) *Plaintiff*, ) ) *v.* ) ) DIRK KEMPTHORNE, Secretary of the ) Interior, et al., ) ) *Defendants.* ) ) | Civ. No. 1:06-cv-02250-JR |

**FEDERAL DEFENDANTS' NOTICE OF WITHDRAWAL
AND SUBSTITUTION OF CO-COUNSEL**

Defendants hereby give notice of the withdrawal of Jennifer Allaire and Martin J. Lalonde as co-counsel, and the substitution of Kristofor R. Swanson as co-counsel for the Defendants. Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notices, orders, or other papers may alternatively be sent to Mr. Swanson at the address below. Service of all further pleadings, documents, or other papers should also continue to be made upon Anthony P. Hoang, co-counsel for Defendants.

Respectfully submitted this 18th day of January, 2008.

                                            RONALD J. TENPAS
                                            Assistant Attorney General

By:    */s/ Kristofor R. Swanson*
           KRISTOFOR R. SWANSON
           (Colo. Bar No. 39378)
           U.S. Department of Justice
           Environment & Natural Resources Division

Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-305-0506
Email: kristofor.swanson@usdoj.gov

Overnight delivery:
PHB Mail Room 2121
601 D Street, N.W.
Washington D.C., 20004

## CERTIFICATE OF SERVICE

      I hereby certify that on January 18, 2008, the Federal Defendants' Notice of Withdrawal and Substitution of Co-Counsel was filed with the United States District Court for the District of Columbia's electronic filing system, to which the following attorneys are registered to be noticed:

Steven D. Gordon
sgordon@hkhlaw.com

                                                     */s/ Kristofor R. Swanson*
                                                     Kristofor R. Swanson