IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NORTHERN CHEYENNE TRIBE OF INDIANS | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-cv-02250-JR |
| DIRK KEMPTHORNE, Secretary of the Interior, et al. | ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF'S STATUS REPORT**

The Court has on its docket 37 suits filed by Indian tribes, including this one, which raise accounting and/or mismanagement claims regarding assets and funds held in trust by the United States ("Tribal Trust Cases").  Pursuant to Fed.R.Civ.P. 42(a), the Court consolidated these cases for the limited purpose of resolving a remand motion filed by the Government.  On December 19, 2007, the Court denied the Government's remand motion and directed each plaintiff tribe, group of tribes, or putative class of tribes to submit a status report "setting forth proposals for further proceedings and a proposed schedule."

Plaintiff filed this case on December 29, 2006.  Since then, the parties have pursued a cooperative approach for resolving the issues and claims in this case in a manner that might lead to settlement negotiations.  Plaintiff's counsel and Defendants' counsel have discussed and agreed that the parties would conduct informal requests and productions of relevant or potentially relevant documents and data that would enable or facilitate settlement discussions. The parties have sought and received temporary stays of the litigation, thus deferring

Defendants' obligation to file their Answer or otherwise respond to the Complaint, so as to facilitate their settlement discussions.

The parties have also sought to determine the feasibility of developing a joint cooperative approach for resolving some or all of the Tribal Trust Cases.

For the time being, Plaintiff would like to continue the same approach to this case. Plaintiff intends to monitor developments in the other Tribal Trust Cases. Meanwhile, Plaintiff proposes that further proceedings in this case be stayed for ninety (90) days.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:  /s/ Steven D. Gordon
      Steven D. Gordon
      District of Columbia Bar No. 219287
      Lynn E. Calkins
      District of Columbia Bar No. 445854
      Stephen J. McHugh
      District of Columbia Bar No. 485148
      Holland & Knight L.L.P.
      2099 Pennsylvania Ave. NW, Suite 100
      Washington, D.C. 20006
      202-955-3000 (phone)
      202-955-5564 (fax)

*Counsel for Plaintiff Northern Cheyenne Tribe of Indians*

## CERTIFICATE OF SERVICE

I hereby certify that on, January 18, 2008, I electronically transmitted the foregoing

PLAINTIFF'S STATUS REPORT to the Clerk of the Court, using the ECF systems for filing,

and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record

listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5070470_v1