**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE NORTHERN CHEYENNE TRIBE OF : 
INDIANS,                        :
                                :
        Plaintiff,               :
                                :
    v.                          : Civil Action No. 06-2250 (JR)
                                :
DIRK KEMPTHORNE, Secretary of   :
the Interior, *et al.*,         :
                                :
        Defendants.              :

**ORDER**

Upon consideration of plaintiff's status report filed 1/18/08, and nearly 90 days (the requested stay period) having elapsed, it is **ORDERED** that one or both parties file a further status report by 4/30/08.

JAMES ROBERTSON
United States District Judge