**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE NORTHERN CHEYENNE TRIBE OF  :
INDIANS,                        :
                                :
       Plaintiff,              :
                                :
  v.                            :   Civil Action No. 06-2250 (JR)
                                :
DIRK KEMPTHORNE, Secretary of   :
the Interior, *et al.*,         :
                                :
       Defendants.             :

### ORDER

Plaintiff's status report is approved. Proceedings in this case are **stayed** until July 30, 2008.


                    JAMES ROBERTSON
             United States District Judge