IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORTHERN CHEYENNE TRIBE OF INDIANS, ) ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, Secretary of the Interior, ) *et al.*, ) ) Defendants. ) ) | Case No. 1:06-cv-02206-JR |

**NOTICE OF APPEARANCE**

To the Clerk:

Please take notice that Barry A. Weiner, an attorney with the United States Department of Justice, Environment & Natural Resources Division, hereby enters his appearance in this case as co-counsel on behalf of the Defendants, Dirk Kempthorne, in his official capacity as Secretary of the Interior and Henry M. Paulson, Jr., in his official capacity as Secretary of the Treasury. Mr. Weiner is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notice, orders, or other papers may alternatively be sent to Mr. Weiner as indicated below. Service of all further pleadings, documents, or other papers should also continue to be made upon Anthony P. Hoang and Kristofor R. Swanson, co-counsel for Defendants.

Service of all papers by U.S. Mail should be addressed as follows:

    Barry A. Weiner
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    Ben Franklin Station
    P.O. Box 663
    Washington, D.C. 20044-0663
    (202) 305-0469

Express deliveries (Federal Express, courier etc.) should be addressed to:

    Barry A. Weiner
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    601 D Street, N.W., Room 3528
    Washington, D.C. 20004

Facsimiles may be transmitted to the undersigned at (202) 305-0274.


    Respectfully submitted this 14th day of May 2008,

                  RONALD J. TENPAS
                  Assistant Attorney General

                  /s Barry A. Weiner
                  BARRY A. WEINER
                  (NY Bar #2739894, NJ Bar #01948-1994)
                  Trial Attorney
                  Natural Resources Section
                  Environment & Natural Resources Division
                  U.S. Department of Justice
                  P.O. Box 663
                  Washington, D.C. 20044-0663
                  Telephone:    202-305-0469
                  Fax:             202-305-0274
                  Email:          Barry.Weiner@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic case filing (ECF) system.

Steven D. Gordon
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, NW
Suite 100
Washington, D.C. 20006-6801
Telephone:     (202) 457-7038
Fax:           (202) 955-5564
Email:         steven.gordon@hklaw.com

/s Barry A. Weiner
BARRY A. WEINER