IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORTHERN CHEYENNE TRIBE )
OF INDIANS )
)
      Plaintiff, )
)
      v. )    Case No. 06-cv-02250-JR
)
DIRK KEMPTHORNE, )
Secretary of the Interior, et al. )
)
      Defendants. )
_____ )

**PLAINTIFF'S STATUS REPORT**

Plaintiff filed this case on December 29, 2006. Since then, the parties have pursued a cooperative approach for resolving the issues and claims in this case in a manner that might lead to settlement negotiations. Plaintiff's counsel and Defendants' counsel have discussed and agreed that the parties would conduct informal requests and productions of relevant or potentially relevant documents and data that would enable or facilitate settlement discussions. The parties have sought and received temporary stays of the litigation, thus deferring Defendants' obligation to file their Answer or otherwise respond to the Complaint, so as to facilitate their settlement discussions.

Recently there has been a change in Plaintiff's tribal government and undersigned counsel anticipates that there will be a change of counsel. To accommodate this change, Plaintiff has requested that proceedings in this case be stayed for an additional ninety (90) days. The United States does not object to this requested stay.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:  /s/ Steven D. Gordon
      Steven D. Gordon
      District of Columbia Bar No. 219287
      Lynn E. Calkins
      District of Columbia Bar No. 445854
      Stephen J. McHugh
      District of Columbia Bar No. 485148
      Holland & Knight L.L.P.
      2099 Pennsylvania Ave. NW, Suite 100
      Washington, D.C. 20006
      202-955-3000 (phone)
      202-955-5564 (fax)

      *Counsel for Plaintiff Northern Cheyenne*
      *Tribe of Indians*

## CERTIFICATE OF SERVICE

I hereby certify that on, July 30, 2008, I electronically transmitted the foregoing PLAINTIFF'S STATUS REPORT to the Clerk of the Court, using the ECF systems for filing, and caused the ECF system to transmit a Notice of Electronic Filing to the counsel of record listed on the ECF system for this case.

/s/ Steven D. Gordon
Steven D. Gordon

# 5510662_v1